IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03362-WYD-MJW

BRANDON ALBERS,
WILLIAM ALDEN,
VITORIA AVERSA II,
PAUL BACA,
PHILIP BACA,
DAVID BALDWIN,
KERRI BARRICK,
WESLEY BEALE,
JOSHUA BEALES,
CHRIS BILLMAN,
KAREN BLISS,
TODD BLISS,
KEVIN BOST,
CARL BOWER,
DAVID BOYD,
MARK BROTT,
NOAH BRYANT,
CAROLYN BURDIC,
JOHN BUTLER,
MARK BYBEE,
HEATHER CARMOSINO,
JERRY CHRACHOL,
TED CLIFTON,
JESSE DANIEL,
GARRETT DAVIS,
MANDY DAVIS,
ADAM DONAHUE,
KELLY ENGLAND,
JOHN EVERHART,
ANDREW FEHRINGER,
WENDY FEHRINGER,
HOPE FERRIS,
JOSHUA FINKLER,
CHARLES GAINES,
DIETER GALLEGOS,
ELIZABETH GARD,
RYAN GEERTS,
GREG GOMPERT,
BARBARA GROVER,
JOHN HADY II,
FREDERICK HAGGETT,

JOSHUA HAMMACK,
MICHAEL HARRIS,
BRADLEY HERMAN,
ROBERT HOGLUND,
JAMES HOLLEY,
SCOTT HOLLEY,
JONATHAN HOLLOWAY,
JOSEPH HOLLOWAY,
WAYNE HOLVERSON,
JENNIFER JONES,
ERIC KEBLING,
KEVIN KEHL,
DANIEL KIM,
MARK KLUTH,
TAMMI KREBS,
ROBERT KRELLE,
MARKUS LIEBE,
JEREMY MAYNS,
JOEL MAYNS,
KEVIN MEYER,
CHRISTOPHER MILNE,
CRAIG NELSON,
CHRISTOPHER PARENTE,
BRANDON PAYNE,
SAMUEL POLIZZOTTO,
MICHAEL PRANGE,
DANIEL REINERS,
GREGORY ROEBUCK,
LANCE SCHUL,
ANTHONY SCOTT,
KIMBERLY SCOTT,
JAMES E. SHETTLER JR.,
JULIANNE SHOUN,
ANDREW SIVETTS,
MATTHEW SMITH,
STEPHEN SPOUTZ,
SCOTT STEPHENS,
SYLVIA STERNWALD-DOULIK,
MICHAEL STRUCKHOFF,
MICHAEL TAPLIN,
VALERIE VALDEZ,
CHIRSTIAN VANBINSBERGEN,
RYAN VEIRS,
CURTIS WALDER,
CHASE WALKER,
ROSEMARIE WATSON,

STEPHEN WILLDER,
TIMOTHY WILLIAMS, and
JOHN AND JANE DOE, 1-800.

Individually, and on Behalf of Others Similarly Situated,

Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, and
TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint and Jury Demand (Docket No. 13) is granted, and the tendered Plaintiffs' Second Amended Complaint and Jury Demand (Docket No. 13-1) is accepted for filing as of the date of this Minute Order.

Date: March 7, 2013