IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03362-WYD-MJW

**CAROLYN BURDIC, ET AL.**

Individually, and on Behalf of Others Similarly Situated,

Plaintiffs,

v.

**THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY** and **TED MINK**, in his official capacity as Sherriff of Jefferson County, Colorado,

Defendants.

( Docket No 27 )

**ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR LIMITED DISCOVERY**

THE COURT, upon review of the Plaintiffs' Unopposed Motion for Limited Discovery and being fully advised on the issues therein HEREBY ORDERS as follows:

Limited Discovery will be conducted as follows:

1. Plaintiffs shall take the deposition of Sheriff Mink and a 30(b)(6) deposition of Jefferson County at the Jefferson County Attorney's Office. Said depositions will last no longer than two (2) hours each and will be limited to the issues that bear on the Motion to Dismiss and the proposed Third Amended Complaint.

2. The limited discovery period will commence starting on the date of this Order and will run through and including June 25, 2013.

Dated this 13TH day of May, 2013.

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO