IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-03362-WYD-MJW

BRANDON ALBERS,
WILLIAM ALDEN,
VITORIA AVERSA II,
PAUL BACA,
PHILIP BACA,
DAVID BALDWIN,
KERRI BARRICK,
WESLEY BEALE,
JOSHUA BEALES,
CHRIS BILLMAN,
RYAN BLANKENHEIM,
KAREN BLISS,
TODD BLISS,
KEVIN BOST,
CARL BOWER,
DAVID BOYD,
MARK BROTT,
NOAH BRYANT,
CAROLYN BURDIC,
JOHN BUTLER,
MARK BYBEE,
HEATHER CARMOSINO,
JERRY CHRACHOL,
TED CLIFTON,
MICHEAL DALY,
JESSE DANIEL,
GARRETT DAVIS,
MANDY DAVIS,
ADAM DONAHUE,
KELLY ENGLAND,
JON EVERHART,
ANDREW FEHRINGER,
WENDY FEHRINGER,
HOPE FERRIS,
JOSHUA FINKLER,
CHARLES GAINES,
DIETER GALLEGOS,
ELIZABETH GARD,
RYAN GEERTS,
GREG GOMBERT,

BARBARA GROVER,
JOHN HADY, II,
FREDERICK HAGGETT,
JOSHUA HAMMACK,
MICHAEL HARRIS,
BRADLEY HERMAN,
ROBERT HOGLUND,
JAMES HOLLEY,
SCOTT HOLLEY,
JONATHAN HOLLOWAY,
JOSEPH HOLLOWAY,
WAYNE HOLVERSON,
JENNIFER JONES,
ERIC KEBLING,
KEVIN KEHL,
DANIEL KIM,
MARK KLUTH,
TAMMI KREBS,
ROBERT KRELLE,
MARKUS LIEBE,
JEREMY MAYNS,
JOEL MAYNS,
KEVIN MEYER,
CHRISTOPHER MILNE,
CRAIG NELSON,
CHRISTOPHER PARENTE,
BRANDON PAYNE,
SAMUEL POLIZZOTTO,
MICHAEL PRANGE,
DANIEL REINERS,
GREGORY ROEBUCK,
LANCE SCHUL,
ANTHONY SCOTT,
KIMBERLY SCOTT,
THOMAS SEAL,
JAMES E. SHETTLER JR.,
JULIANNE SHOUN,
ANDREW SIVETTS,
MATTHEW SMITH,
STEPHEN SPOUTZ,
SCOTT STEPHENS,
SYLVIA STERNWALD-DOULIK,
BRAD STILES,

BARBARA GROVER,
JOHN HADY, II,
FREDERICK HAGGETT,
JOSHUA HAMMACK,
MICHAEL HARRIS,
BRADLEY HERMAN,
ROBERT HOGLUND,
JAMES HOLLEY,
SCOTT HOLLEY,
JONATHAN HOLLOWAY,
JOSEPH HOLLOWAY,
WAYNE HOLVERSON,
JENNIFER JONES,
ERIC KEBLING,
KEVIN KEHL,
DANIEL KIM,
MARK KLUTH,
TAMMI KREBS,
ROBERT KRELLE,
MARKUS LIEBE,
JEREMY MAYNS,
JOEL MAYNS,
KEVIN MEYER,
CHRISTOPHER MILNE,
CRAIG NELSON,
CHRISTOPHER PARENTE,
BRANDON PAYNE,
SAMUEL POLIZZOTTO,
MICHAEL PRANGE,
DANIEL REINERS,
GREGORY ROEBUCK,
LANCE SCHUL,
ANTHONY SCOTT,
KIMBERLY SCOTT,
THOMAS SEAL,
JAMES E. SHETTLER JR.,
JULIANNE SHOUN,
ANDREW SIVETTS,
MATTHEW SMITH,
STEPHEN SPOUTZ,
SCOTT STEPHENS,
SYLVIA STERNWALD-DOULIK,
BRAD STILES,

MICHAEL STRUCKHOFF,
JENNIFER SWARTZ,
MICHAEL TAPLIN,
VALERIE VALDEZ,
CHRISTIAN VANBINSBERGEN,
RYAN VEIRS,
CURTIS WALKER,
CHASE WALKER,
ROSEMARIE WATSON,
STEPHEN WILLDER,
TIMOTHY WILLIAMS, and
JOHN AND JANE DOE, 1-800,

Individually and on Behalf of Others Similarly Situated,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, and
TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the filing of Plaintiffs' <u>Third Amended</u> Complaint, Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 19) which seeks to dismiss Plaintiffs' Second Amended Complaint is **DENIED AS MOOT**.

    Dated:  July 2, 2013.