IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-03362-WYD-MJW

BRANDON ALBERS, *et al.,*

Individually and on Behalf of Others Similarly Situated,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, and
TED MINK, in his official capacity as Sherriff of Jefferson County, Colorado,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to File Excess Pages in Response to Defendants' Motion to Dismiss filed August 19, 2013 (ECF No. 42) is **GRANTED**. Plaintiffs may file a response not exceeding twenty-one (21) pages, exclusive of the certificate of service.

    Dated:  August 22, 2013