IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-03362-WYD-MJW

BRANDON ALBERS,
WILLIAM ALDEN,
VITORIA AVERSA II,
PAUL BACA,
PHILIP BACA,
DAVID BALDWIN,
KERRI BARRICK,
WESLEY BEALE,
JOSHUA BEALES,
CHRIS BILLMAN,
RYAN BLANKENHEIM,
KAREN BLISS,
TODD BLISS,
KEVIN BOST,
CARL BOWER,
DAVID BOYD,
MARK BROTT,
NOAH BRYANT,
WILLIAM BURCHER,
CAROLYN BURDIC,
JOHN BUTLER,
MARK BYBEE,
HEATHER CARMOSINO,
JERRY CHRACHOL
TED CLIFTON,
MICHEAL DALY,
JESSE DANIEL,
GARRETT DAVIS
MANDY DAVIS,
ADAM DONAHUE,
CARLOS ENCINIAS,
KELLY ENGLAND,
JON EVERHART,
ANDREW FEHRINGER,
WENDY FEHRINGER,
HOPE FERRIS,
JOSHUA FINKLER,
CHARLES GAINES,
DIETER GALLEGOS,

ELIZABETH GARD,
RYAN GEERTS,
GREG GOMPERT,
BARBARA GROVER,
JOHN HADY II,
FREDERICK HAGGETT,
JOSHUA HAMMACK,
MICHAEL HARRIS,
BRADLEY HERMAN,
ROBERT HOGLUND,
JAMES HOLLEY,
SCOTT HOLLEY,
JONATHAN HOLLOWAY,
JOSEPH HOLLOWAY,
WAYNE HOLVERSON,
JENNIFER JONES,
ERIC KEBLING,
KEVIN KEHL,
DANIEL KIM,
MARK KLUTH,
TAMMI KREBS,
ROBERT KRELLE,
TRACI KROUPA,
MARKUS LIEBE,
JEREMY MAYNS,
JOEL MAYNS,
KEVIN MEYER,
MEAGAN MILLIMAN,
CHRISTOPHER MILNE,
CRAIG NELSON,
CHRISTOPHER PARENTE,
BRANDON PAYNE,
SAMUEL POLIZZOTTO,
MICHAEL PRANGE,
DANIEL REINERS,
GREGORY ROEBUCK,
LANCE SCHUL,
ANTHONY SCOTT,
KIMBERLY SCOTT,
THOMAS SEAL,
JAMES E. SHETTLER JR.,
JULIANNE SHOUN,
ANDREW SIVETTS,
MATTHEW SMITH,

STEPHEN SPOUTZ,
SCOTT STEPHENS,
SYLVIA STERNWALD-DOULIK,
BRAD STILES,
MICHAEL STRUCKHOFF,
JENNIFER SWARTZ,
MICHAEL TAPLIN,
IAN THOMPSON,
VALERIE VALDEZ,
CHRISTIAN VANBINSBERGEN,
RYAN VEIRS,
CURTIS WALDER,
CHASE WALKER,
ROSEMARIE WATSON,
STEPHEN WILLDER,
TIMOTHY WILLIAMS, and
JOHN AND JANE DOE, 1-800,

Individually, and on Behalf of Others Similarly Situated,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, and
TED MINK, in his official capacity as Sherriff of Jefferson County, Colorado,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Defendants' Motion to Dismiss, filed on January 13, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that judgment is hereby entered in favor of Defendants The Board of

County Commissioners of Jefferson County, Colorado, and Ted Mink, in his official capacity as Sheriff of Jefferson County, Colorado; and against Plaintiffs Brandon Albers, William Alden, Vitoria Aversa II, Paul Baca, Philip Baca, David Baldwin, Kerri Barrick, Wesley Beale, Joshua Beales, Chris Billman, Ryan Blankenheim, Karen Bliss, Todd Bliss, Kevin Bost, Carl Bower, David Boyd, Mark Brott, Noah Bryant, William Burcher, Carolyn Burdic, John Butler, Mark Bybee, Heather Carmosino, Jerry Chrachol, Ted Clifton, Micheal Daly, Jesse Daniel, Garrett Davis, Mandy Davis, Adam Donahue, Carlos Encinias, Kelly England, Jon Everhart, Andrew Fehringer, Wendy Fehringer, Hope Ferris, Joshua Finkler, Charles Gaines, Dieter Gallegos, Elizabeth Gard, Ryan Geerts, Greg Gompert, Barbara Grover, John Hady II, Frederick Haggett, Joshua Hammack, Michael Harris, Bradley Herman, Robert Hoglund, James Holley, Scott Holley, Jonathan Holloway, Joseph Holloway, Wayne Holverson, Jennifer Jones, Eric Kebling, Kevin Kehl, Daniel Kim, Mark Kluth, Tammi Krebs, Robert Krelle, Traci Kroupa, Markus Liebe, Jeremy Mayns, Joel Mayns, Kevin Meyer, Meagan Milliman, Christopher Milne, Craig Nelson, Christopher Parente, Brandon Payne, Samuel Polizzotto, Michael Prange, Daniel Reiners, Gregory Roebuck, Lance Schul, Anthony Scott, Kimberly Scott, Thomas Seal, James E. Shettler Jr., Julianne Shoun, Andrew Sivetts, Matthew Smith, Stephen Spoutz, Scott Stephens, Sylvia Sternwald-Doulik, Brad Stiles, Michael Struckhoff, Jennifer Swartz, Michael Taplin, Ian Thompson, Valerie Valdez, Christian Vanbinsbergen, Ryan Veirs, Curtis Walder, Chase Walker, Rosemarie Watson, Stephen Willder, Timothy Williams, and John and Jane Doe, 1-800, Individually, and on Behalf of Others Similarly Situated, on Defendants' Motion to Dismiss.  It is further

ORDERED that Plaintiffs' complaint and action are dismissed. It is further

ORDERED that Defendants shall have their costs with the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 13th day of January, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk