IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-CV-03362-WYD-MJW
_____

BRANDON ALBERS,
WILLIAM ALDEN,
VITOR AVERSA II,
PAUL BACA,
PHILIP BACA,
DAVID BALDWIN
KERRI BARRICK
WESLEY BEALE,
JOSHUA BEALES,
CHRIS BILLMAN,
KAREN BLISS,
TODD BLISS,
KEVIN BOST,
CARL BOWER,
DAVID BOYD,
MARK BROTT,
NOAH BRYANT,
WILLIAM BURCHER,
CAROLYN BURDIC,
JOHN BUTLER,
MARK BYBEE,
HEATHER CARMOSINO,
JERRY CHRACHOL
TED CLIFTON,
JESSE DANIEL,
GARRETT DAVIS
MANDY DAVIS,
ADAM DONAHUE,
CARLOS ENCINIAS,
KELLY ENGLAND,
JON EVERHART,
ANDREW FEHRINGER,
WENDY FEHRINGER,
HOPE FERRIS,
JOSHUA FINKLER,
CHARLES GAINES,
DIETER GALLEGOS,
ELIZABETH GARD,

1

RYAN GEERTS,
GREG GOMPERT,
BARBARA GROVER,
JOHN HADY II,
FREDERICK HAGGETT,
JOSHUA HAMMACK,
MICHAEL HARRIS,
BRADLEY HERMAN,
ROBERT HOGLUND,
JAMES HOLLEY,
SCOTT HOLLEY,
JONATHAN HOLLOWAY,
JOSEPH HOLLOWAY,
WAYNE HOLVERSON,
JENNIFER JONES,
ERIC KEBLING,
KEVIN KEHL,
DANIEL KIM,
MARK KLUTH,
TAMMI KREBS,
ROBERT KRELLE,
TRACI KROUPA,
MARKUS LIEBE,
JEREMY MAYNS,
JOEL MAYNS,
KEVIN MEYER,
MEAGAN MILLIMAN,
CHRISTOPHER MILNE,
CRAIG NELSON,
CHRISTOPHER PARENTE,
BRANDON PAYNE,
SAMUEL POLIZZOTTO,
MICHAEL PRANGE,
DANIEL REINERS,
GREGORY ROEBUCK,
LANCE SCHUL,
ANTHONY SCOTT,
KIMBERLY SCOTT,
THOMAS SEAL,
JAMES E. SHETTLER JR.,
JULIANNE SHOUN,
ANDREW SIVETTS,
MATTHEW SMITH,
STEPHEN SPOUTZ,
SCOTT STEPHENS,
SYLVIA STERNWALD-DOULIK,

BRAD STILES,
MICHAEL STRUCKHOFF,
JENNIFER SWARTZ,
MICHAEL TAPLIN,
IAN THOMPSON,
VALERIE VALDEZ,
CHRISTIAN VANBINSBERGEN,
RYAN VEIRS,
CURTIS WALDER,
CHASE WALKER,
ROSEMARIE WATSON,
STEPHEN WILLDER,
TIMOTHY WILLIAMS, and
JOHN AND JANE DOE, 1-800.

Individually, and on Behalf of Others Similarly Situated,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, and TED MINK, in his official capacity as Sherriff of Jefferson County, Colorado.

    Defendants.

_____

## NOTICE OF APPEAL
_____

    Notice is hereby given that All Plaintiffs, individually, and on behalf of others similarly situated, in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order Granting Defendants' Motion to Dismiss (Docket No. 49) and the Final Judgment (Docket No. 50) entered in this action on the 13th day of January, 2014.

    This matter has not yet been certified as a representative action.

Respectfully submitted this 11th day of February, 2014,

| MCNAMARA ROSEMAN & KAZMIERSKI, LLP | EKLUS SISSON & ROSENSTEIN, P.C |
|---|---|
| /s/ *Todd J. McNamara, Esq.*_____ | |
| Todd J. McNamara, Esq. | Donald C. Sisson, Esq |
| Mathew S. Shechter, Esq. | Reid J. Elkus, Esq. |
| 1640 East 18th Avenue | Scott D. McLeod, Esq. |
| Denver, Colorado 80218 | 501 South Cherry Street, Suite 920 |
| 303.333.8700 | Denver, CO 80246 |
| 303.331.6967 Fax | 303.567.7981 |
| tjm@18thavelaw.com | 303.431.3753  Fax |
| mss@18thavelaw.com | dsisson@elkusandsisson.com |
| | relkus@elkusandsisson.com |
| | smcleod@elkusandsisson.com |

*Attorneys for Plaintiffs Brandon Albers et al.*


## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2014, a true and correct copy of this **NOTICE OF APPEAL** was filed with the Court via CM/ECF File & Serve and served upon the following:

Patricia Gilbert, Esq.
Writer Mott, Esq.
Jefferson County, Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, CO 80419
Telephone: 303-271-8918
Email: pgilbert@jeffco.us


                                                 */s/Diane Foster*_____
                                                 Diane Foster