**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

**November 13, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| BRANDON ALBERS; WILLIAM ALDEN; VITORIA AVERSA, II; PAUL BACA; PHILIP BACA; DAVID BALDWIN; KERRI BARRICK; WESLEY BEALE; JOSHUA BEALES; RYAN BLANKENHEIM; KAREN BLISS; TODD BLISS; KEVIN BOST; CARL BOWER; DAVID BOYD; MARK BROTT; NOAH BRYANT; WILLIAM BURCHER; CAROLYN BURDIC; JOHN BUTLER; MARK BYBEE; HEATHER CARMOSINO; JERRY CHRACHOL; TED CLIFTON; MICHAEL DALY; JESSE DANIEL; GARRETT DAVIS; MANDY DAVIS; ADAM DONAHUE; CARLOS ENCINIAS; KELLY ENGLAND; JON EVERHART; ANDREW FEHRINGER; WENDY FEHRINGER; HOPE FERRIS; JOSHUA FINKLER; CHARLES GAINES; DIETER GALLEGOS; ELIZABETH GARD; RYAN GEERTS; GREG GOMPERT; BARBARA GROVER; JOHN HADY, II; FREDERICK HAGGETT; JOSHUA HAMMACK; BRADLEY HERMAN; ROBERT HOGLUND; JAMES HOLLEY; SCOTT HOLLEY; JONATHAN HOLLOWAY; JOSEPH HOLLOWAY; WAYNE HOLVERSON; JENNIFER JONES; ERIC KEBLING; KEVIN KEHL; DANIEL KIM; MARK KLUTH; TAMMI KREBS; ROBERT KRELLE; TRACI KROUPA; MARKUS LIEBE; JEREMY MAYNS; JOEL MAYNS; KEVIN MEYER; MEAGAN MILLIMAN; CHRISTOPHER MILNE; CRAIG NELSON; CHRISTOPHER PARENTE; BRANDON PAYNE; SAMUEL | No. 14-1050<br>(D.C. No. 1:12-CV-03362-WYD-MJW) |

POLIZZOTTO; MICHAEL PRANGE; DANIEL REINERS; GREGORY ROEBUCK; LANCE SCHUL; ANTHONY SCOTT; KIMBERLY SCOTT; JAMES E. SHETTLER, JR.; JULIANNE SHOUN; ANDREW SIVETTS; MATTHEW SMITH; STEPHEN SPOUTZ; SCOTT STEPHENS; SYLVIA STERNWALD-DOULIK; BRAD STLES; MICHAEL STRUCKHOFF; JENNIFER SWARTZ; MICHAEL TAPLIN; IAN THOMPSON; VALERIE VALDEZ; CHRISTIAN VANBINSBERGEN; RYAN VEIRS; CURTIS WALDER; CHASE WALKER; ROSEMARIE WATSON; STEPHEN WILLDER; TIMOTHY WILLIAMS; JOHN AND JANE DOE, 1-800, individually, and on behalf of others similarly situated,

 Plaintiffs - Appellants,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO; TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado,

 Defendants - Appellees.

_____

**JUDGMENT**
_____

Before **HOLMES**, **BACHARACH**, and **McHUGH**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk